AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 8:25MJ477 |
| TRAVIS M. KNIPP | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**SEALED**

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
2025 AUG 26 PM 2:58
OFFICE OF THE CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 16, 2025__ in the county of __Douglas__ in the
_____ District of __Nebraska__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DUSM Brandon A. Lake
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 8/26/2025

_____
*Judge's signature*

City and state:     Omaha, Nebraska        RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*


1 copy to USA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TRAVIS M. KNIPP,<br><br>        Defendant. | 8:25MJ477 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR THE ARREST OF TRAVIS M. KNIPP

I, Brandon A. Lake, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a Criminal Complaint authorizing the arrest of Travis M. KNIPP (DOB 05/08/1996), FBI# 764856AE5, USMS# 30465-047.

2. I am a Deputy United States Marshal with the United States Department of Justice United States Marshals Service and have been so employed since February 2018. In this capacity, I routinely investigate, locate, and apprehend state/local/federal fugitives within the District of Nebraska.

3. As a result of my training and experience, I am familiar with the process in which a defendant shall remain in a designated Bureau of Prisons (BOP) facility.

4. I have investigated this matter and believe the following to be true and accurate.

5. This affidavit is intended to show there is sufficient probable cause for the issuance of an Arrest Warrant for Travis M. KNIPP. I do not include every fact known to me, but only those which I believe are sufficient to show probable cause.

## PROBABLE CAUSE

6. Travis M. KNIPP (KNIPP) was designated by the Bureau of Prisons for placement at Dismas Charities (Omaha, NE). He arrived at the Residential Recovery Center (RRC) at Dismas Charities on July 10, 2025, from FCI Pekin. He has a projected release date of October 11, 2025, via Good Conduct Time release.

7. On August 16, 2025, at approximately 5:52 p.m., RRC staff conducted a facility head count and determined KNIPP was not in the facility. RRC staff conducted a secondary headcount and searched the entire facility, verifying KNIPP was no longer on RRC property. Staff also noted KNIPP's motorcycle was no longer in the facility parking lot. RRC staff attempted to contact KNIPP via his cell phone, but calls went unanswered. RRC staff contacted local hospitals and law enforcement. KNIPP was neither admitted to a medical facility, nor arrested by local law enforcement. KNIPP did not have authorization to leave the RRC and Dismas Charities.

8. On August 16, 2025, KNIPP left RRC. On August 20, 2025, KNIPP called the Dismas Charities facility director. KNIPP would not provide his location but, indicated he would call again before returning to RRC. To date, KNIPP has not returned to the RRC at Dismas Charities and his whereabouts are unknown.

9. On or about August 16, 2025, in the District of Nebraska, Travis M. KNIPP, defendant herein, violated Title 18, United States Code, Section 751(a) when he did knowingly escape from the custody of the Attorney General and her authorized representative, and from any institution or facility in which he is confined by direction of the Attorney General, and from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, and magistrate judge, which custody was by virtue of a conviction dated July 24,

2

2024, in which Chief United States District Court Judge Robert F. Rossiter, Jr., in the District of Nebraska, sentenced KNIPP to twenty-four (24) months imprisonment for violating the terms of his supervised release in District Court case No. 8:17CR367.

10. Based on the information set forth, the United States Marshals Service respectfully requests an Arrest Warrant be issued for Travis M. KNIPP.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Brandon A. Lake
United States Marshals Service

Subscribed and sworn to before me by telephone or other reliable electronic means this 26th day of August, 2025.

RYAN C. CARSON
U.S. Magistrate Judge

3